UNITED STATES OF AMERICA,

*Plaintiff*,                     Case No. 25-cr-00103-BBC-1

vs.

RYAN S. SCHROEDER,

*Defendant*.

## NOTICE OF APPEARANCE OF JASON D. LUCZAK

PLEASE TAKE NOTICE that Jason D. Luczak of Gimbel, Reilly, Guerin & Brown, LLP has been retained by and appears as counsel for defendant Ryan S. Schroeder in the captioned matter. Counsel requests that all pleadings and other court documents be served upon him through the CM/ECF filing system.

Dated at Milwaukee, Wisconsin, this 23rd day of May, 2025.

Respectfully submitted,

Gimbel, Reilly, Guerin and Brown LLP

By: *Electronically Signed by Jason D. Luczak*
   JASON D. LUCZAK
   State Bar No. 1070883
   Email: jluczak@grgblaw.com
Counsel for Ryan S. Schroeder

POST OFFICE ADDRESS:

330 E Kilbourn Ave, Ste 1170
Milwaukee, WI 53202
414-271-1440