# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

**ARRAIGNMENT AND PLEA MINUTES**

v.

**RYAN S. SCHROEDER**                    Case No. **25-CR-103**

---

HONORABLE TIFFANY E. WOELFEL, presiding          Hearing Began: 2:00 p.m.
Deputy Clerk: Kyle                                Hearing Ended: 2:09 p.m.
Hearing Held: May 27, 2025                        Tape Number:   Zoom 052725

**Appearances:**

UNITED STATES OF AMERICA by:                     Daniel Humble
RYAN S. SCHROEDER by:                            Jason Luczak
                                                 ☐ FDS  ☐ CJA  ☒ RET
U.S. PROBATION OFFICE by:                         Brian Koehler

Defendant appears via video conference.
☒ Defendant consents to proceed via video from the Manitowoc County Jail.

---

☒ Original Indictment   ☐ Superseding Indictment   ☐ Information   ☒ Felony   ☐ Misdemeanor

Speedy Trial Date:    8/5/2025                    District Judge:    Byron B Conway
Final Pretrial Conf.: 7/23/2025 at 1:00 p.m.      Magistrate Judge: Stephen C Dries
Jury Trial Date:      8/4/2025 at 8:30 a.m.       Motions Due:      6/11/2025
Trial Length Estimate:_____                   Responses Due:    6/23/2025
                                                 Replies Due:      6/30/2025

---

☒ Defendant advised of rights                     ☒ Government to disclose grand jury materials
☐ Court orders counsel appointed                     one day prior to trial
☒ Defendant advised of charges, penalties, and fines   ☒ Oral Motion for Complex Designation
☒ Copy of indictment received by defendant           ☒ Granted  ☐ Denied
   ☐ document read  ☒ reading waived                  ☐ Referred to Stephen C. Dries
☒ Not guilty plea entered by: ☒ Defendant ☐ Court  ☒ Case designated complex
                                                 ☒  Expanded discovery policy applies

**THE COURT ORDERS** that pursuant to Federal Criminal Rule of Procedure 5(f) the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.

---

Maximum Penalties: Counts 1 & 2 – SENT: 15 years-30 years; Fine: $250K; SR: 5 years-Life; SA: $100.00; JVTA: $5,000.00 (if found non-indigent)

---

☒ Court orders federal detainer.

Mr. Luczak argues for a complex designation.
Mr. Humble advises the government has no objection to a complex designation.
The court grants the motion and refers the matter to Magistrate Judge Stephen C. Dries for scheduling.