# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**RYAN SCHROEDER**

**COUNSEL ONLY**
**SCHEDULING CONFERENCE**

CASE NUMBER **25-CR-103**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk:  Tony Byal
Hearing Held:  June 5, 2025 at 9:00 AM

Court Reporter:  Zoom Audio
Hearing Began:  9:00 AM
Hearing Ended:  9:03 AM

**Appearances:**
UNITED STATES OF AMERICA by:  Daniel Humble
DEFENDANT(S): Ryan Schroeder, not present and by
DEFENSE ATTORNEY(S): Jason Luczak

---

☐ Oral/Written Motion for Complex Designation
    ☐ Granted;  ☐ Denied
☑ Case designated complex
☑ Counsel Only Scheduling Conference set for: July 10, 2025 at 9:30 AM via Zoom Audio
☑ Court makes a Speedy Trial Finding. The time from today until July 10, 2025 is excluded under the Speedy Trial Act

---

Defense representing defendant in this case and state case and advises there will be need for additional investigation. Defense anticipates Miranda motion. Defense requests more time. Government does not object.

Court notes case has been designated complex and sets counsel only scheduling conference for July 10, 2025 at 9:30 AM and makes speedy trial finding.