# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**

v.

**RYAN S. SCHROEDER**

**COUNSEL ONLY
SCHEDULING CONFERENCE**

CASE NUMBER **25-CR-103**

---

HONORABLE STEPHEN C. DRIES, presiding
Deputy Clerk:  Tony Byal
Hearing Held:  July 10, 9:30 AM

Court Reporter:  Zoom Audio
Hearing Began:  9:36 AM
Hearing Ended:  9:38 AM

**Appearances:**
UNITED STATES OF AMERICA by:  Daniel Humble
DEFENDANT(S): Ryan S. Schroeder, not present and by
DEFENSE ATTORNEY(S): Jason Luczak

---

☐ Oral/Written Motion for Complex Designation
  ☐ Granted;  ☐ Denied
☑ Case designated complex
☐ Counsel Only Status/Scheduling Conference set for: Date at Time via choose an item
☑ Court makes a Speedy Trial Finding. The time from today until August 26, 2025 is excluded under the Speedy Trial Act

---

Motions due: August 26, 2025
Responses due: September 5, 2025
Replies due: September 13, 2025

---

Defense discusses Miranda issue in discovery and the need to review digital forensic evidence. Defense requests motions deadline be set 45 days out. Government does not object.  Court sets briefing schedule and makes speedy trial finding.