UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        *Plaintiff,*

        *v.*                            Case No. 25-cr-103

RYAN SCHROEDER,

        *Defendant.*

---

## DEFENDANT'S MOTION FOR EXTENSION OF DEADLINE TO FILE MOTIONS

---

Defendant Ryan William Schroeder, by his counsel Jason D. Luczak of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court, the Honorable Byron B. Conway presiding, for modification of the text-only order entered on July 10, 2025, to file pre-trial motions, extending the deadline to <u>Thursday, September 4, 2025.</u>

An indictment charging Mr. Schroeder with two counts of Production of Child Pornography, contrary to 18 U.S.C. §2251(a), was issued in the captioned matter on May 20, 2025. (Doc. 1). The Court made a speedy trial finding and designated the case as complex at an arraignment hearing held on May 27, 2025. (Doc. 4). At the July 10, 2025, counsel-only scheduling conference, the Court set a briefing schedule designating that pre-trial motions are to be filed by August 26, 2025, responses by September 5, 2025, and replies by September 13, 2025. (Doc. 6).

1

The defense has reviewed the significant amount of discovery that was turned over in this matter and has prepared motions but has been unable to connect with AUSA Dan Humble to comply with obligations under Criminal Local Rule 12(c) for a requested evidentiary hearing.

Undersigned counsel believes there is good cause to grant this motion for modification of the established scheduling order. As such, Mr. Schroeder respectfully requests an extension of the motions deadlines to reflect that motions are to be filed on or before September 4, 2025, responses by September 15, 2025, and replies by September 22, 2025.

Dated this 2nd day of September, 2025.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: *Electronically signed by Jason D. Luczak*
    JASON D. LUCZAK
    State Bar No. 1070883
    Email: jluczak@grgblaw.com
Attorney for Defendant

POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone: 414/271-1440

2