**04/16/25 @ 1400 Hrs:** I, Det. Steber, was requested by Lt. Oswald to assist Investigator Brooks from Mishicot PD regarding a possible child enticement complaint.

Lt. Oswald advised the complainant was identified as [Redacted] 13-year-old from the MISHICOT SCHOOL DISTRICT. She was reporting to Det. Brooks receiving explicit photographs from RYAN SCHROEDER, who was a physical education teacher at MISHICOT HIGH SCHOOL.

As I was traveling to meet Det. Brooks at MISHICOT HIGH SCHOOL for a minimal facts interview of [Redacted] I contacted the LAKESHORE REGIONAL CHILD ADVOCACY CENTER in an attempt to reserve a slot to conduct a forensic interview because of this information.

Upon arrival, I met with Det. Brooks who introduced me to [Redacted], at which time I explained my involvement and my role as assisting him with this investigation. Det. Brooks had already begun speaking with [Redacted] prior to my arrival along with school staff, see his report for those details under Mishicot PD incident number 25-0270. During the minimal facts interview with [Redacted] she disclosed sending nude photographs, specifically of her breasts to RYAN SCHROEDER along with receiving photographs of his penis, all of which was being communicated on INSTAGRAM. [Redacted] had possession of her cellphone at which time she was able to show me her INSTAGRAM account which was identified as [Redacted]" She also showed me the account she was communicating with when she received the pictures of which she believed belonged to RYAN SCHROEDER. She identified his account as "emma7853268." Those two accounts were relayed to Det. Radke who ultimately made a preservation request of them. Reference preservation case #9448828 which was submitted through the law enforcement portal of FACEBOOK Records.

Once the minimal facts interview was completed, Det. Brooks arranged for the forensic interview to be completed with [Redacted] later that afternoon which he attended, see his report for those details. I requested MISHICOT SCHOOL DISTRICT Superintendent Cory Erlandson locate RYAN SCHROEDER and bring him into a private conference room where I was able to speak with him, which he did. RYAN was located in his classroom and brought to a conference room where I introduced myself and Det. Brooks. During that time RYAN was pacing in the room and appeared to be very nervous. I explained that I worked for MTSO and enquired as to why I might be there to speak with him. RYAN stated that he had no idea. I informed him I believed that he did and that mistakes were made, and I wanted him to be truthful during the time I was speaking with him. The following is a summary of the interview with RYAN, for full details see audio recording.

I explained to him it was an investigation regarding electronic devices, specifically ones that he was using at which time he turned over his cellphone and iWatch. These were maintained in my possession until it was given to Lt. Oswald, see his report for those details. When I asked him to provide the passcode to me, he requested that we "talk quick." I advised that this was the time for him to explain his side of the story to me regarding his involvement in this investigation which he agreed.

DEFENDANT'S EXHIBIT

1000

RYAN admitted to having "inappropriate conversations with a student." RYAN admitted the student was [Redacted] who he knew from the beginning of the school year. RYAN admitted to using INSTAGRAM as the communication platform to which he was talking with [Redacted] RYAN admitted it would have occurred in the early part of March, however, did not know an exact date of the conversation and messages. I asked RYAN to explain how the conversation would have been initiated at which time he explained that she needed someone to talk to and he was that person, however, it went too far. RYAN admitted he sent [Redacted] photos of his penis along with photos of his upper torso area, both of which were taken by him while he was in the basement bathroom of his residence. RYAN admitted he was having conversations that were specific to sex and sexual in nature with [Redacted] however, has not spoken with her in a couple of weeks. I asked why that would be and he stated he believed it went too far, and she did not continue it. RYAN admitted [Redacted] was 13 years old and in 7th grade at MISHICOT SCHOOL DISTRICT.

I asked RYAN what he did with any of the photos that [Redacted] sent him. He said they were deleted as INSTAGRAM does not allow you to save anything. I clarified if he was able to screenshot them and if he put them in any type of folder or area in his phone so that he was able to view them outside of INSTAGRAM, which he denied. RYAN specifically told me "He was not smart enough to do that." I asked RYAN if there were any other photos of what I would describe as child pornography on his phone separate from [Redacted] RYAN did not answer and instead asked me "what am I looking at here?" I explained to him that this was in fact a criminal offense/investigation and part of that would be conducting a Search Warrant at his residence. RYAN denied having anything at his residence that was involving this investigation. I specifically asked if he had any other computer devices at his residence that he would have used to send or receive messages or photographs which he denied and only used his phone. I asked RYAN again what other images would be on his phone at which time he requested that Det. Brooks leave the room which he did.

RYAN then stated, "this girl is going to kill herself." RYAN stated, [Redacted] was a total fuck up" and "there is a girl that he likes and has been in a relationship for the last couple of years." He has nude photographs of that girl on his phone. RYAN identified the student as [Redacted] who is 16 years old. I asked RYAN to explain the circumstances with [Redacted] and [Redacted] both, however, I wanted to finish the conversation and collect the information that he knew about [Redacted] and then we would move on to [Redacted]. I asked RYAN to why he thought it was a "fuck up" with [Redacted] RYAN stated, "It's illegal." RYAN explained that he was not thinking clearly during those conversations. RYAN explained he does not have a great marriage, but it is not a reason to do what he did. RYAN explained he had a weak moment during the time he was having the conversation with [Redacted] on INSTAGRAM. RYAN estimated he sent 10-15 photos of penis to [Redacted] via INSTAGRAM. RYAN admitted to receiving approx. 10 photos depicting child pornography, specifically of [Redacted] and her breasts. RYAN denied any type of three-way conversations with [Redacted] and did not believe they knew of each other.

At approx. 20 mins and 15 seconds into the recording, we then transitioned to the second victim, [Redacted]

Reports_000125

I explained to RYAN that I needed to know the details about the relationship he had with Redacted Redacted to include messages, sexual contact, and photos of Redacted RYAN admitted that he had been in a relationship for approx. 2 years with Redacted I asked RYAN how many times he had sexual intercourse with Redacted which he estimated to be 50 times. RYAN admitted the last time he had sex with Redacted at his residence was in the middle of March and the last time that he had sex with Redacted was at the end of March. I asked RYAN where the last time he sex with Redacted was, which he stated, "Unfortunately, here", meaning MISHICOT HIGH SCHOOL. RYAN admitted that he had sex with Redacted in the track closet in the basement of the high school. RYAN estimated the first time he had sex with Redacted would have been in the fall of 2023 which occurred at his residence, specifically on a couch in the basement. RYAN said he no longer has that couch. RYAN also admitted to having sexual intercourse with Redacted in his dark blue F150, WI RP of NU9467, approx. 10 times over the 2 year timeframe.

I then explained that I needed to go through his cellphone to which he then replied, "0420" was the passcode. RYAN admitted the photos we were referring to as child pornography would have been in the recently deleted folder of his phone and specifically the photos of Redacted were communicated on SNAPCHAT and saved under "my eyes only tab." RYAN then asked, "has Redacted said anything?" I advised I was not able to provide that information to him. RYAN advised that Redacted spent all day at a funeral today. RYAN admitted that the passcode to his eyes only is "113810." RYAN confirmed that it all started between him on Redacted on SNAPCHAT, however, he does have her phone number. RYAN denied using any other devices to access the internet and communicate with Redacted other than his cellphone and I specifically asked if he used any computer or internet access devices that were provided by the school district which he denied using for communicating with either of the students.

I then advised RYAN that I would be pausing the interview until I was able to speak with my supervisor regarding the information he provided. At that time, I also contacted Deputy Orth who responded with Deputy Hagenow and ultimately took RYAN into custody and transported him to MTSO. Once at MTSO, he was brought into the west interview room where the recording was activated, and I continued speaking with him.

I was also able to identify the serial number of RYAN'S phone located in the about tab as Y0MCF9VH16. I also identified the SNAPCHAT account he was using as "kim", username "kimm.ze" with associated email address joness.xc22@gmail.com with a birthdate of 10/23/2008. I also located the SNAPCHAT account of Redacted on RYAN'S phone with the username Redacted As I looked at the SNAPCHAT account on RYAN'S phone, I identified Redacted was the only individual that he was recently speaking with and had a "Snapstreak of 483." I relayed that SNAPCHAT account information to Lt. Oswald, who was able to complete preservation requests for each of those accounts, see his addition for those details.

Prior to leaving MISHICOT HIGH SCHOOL, I also located the track closet, which was ultimately identified by RYAN and photographed it, which is where he identified having sex with Redacted I also photographed his classroom, which was identified as room 114. Located inside of the classroom, specifically on the desk, was a school issued laptop and miscellaneous personal

Reports_000126

belongings of which included a Ford truck key that I collected. Prior to departing with RYAN, he identified driving his father-in-law's red Ford F150 that was parked in the east lot and provided me consent to search it. I completed a search of it and identified the vehicle with WI RP of KA7162 and did not find any items of evidentiary value. Ultimately, the truck was returned to the registered owner. I also located RYAN'S wallet and collected that and brought it to MTSO as well.

After speaking with LT. Oswald, I was advised he was currently in the process of completing a Search Warrant for SCHROEDER'S residence located at 412 Birchwood Dr, Francis Creek, WI. During my conversation with RYAN, he identified his wife and four children under the age of 10 would be likely at the residence. I then returned to MTSO and continued speaking with RYAN.

The following is a summary of that continued interview with RYAN. For full details, see video recording.

Prior to asking additional questions regarding this investigation, I read RYAN his Miranda Rights which he said he understood. I advised RYAN that the Search Warrant was ultimately signed by the Judge and was being served by law enforcement as we were speaking. I also explained that it was being served in a very discrete manner to try and help limit the potential impact on his children and his wife. I also advised that I did not talk to school representatives or administration about this investigation since it was currently ongoing and I was not able to share any information with them, however, they would likely be having their own investigation any policy violations which RYAN also understood.

I then asked RYAN specifically about Redacted and the relationship with her and to get into additional details about their sexual contacts. RYAN began with identifying his truck and admitted to having sex with Redacted approx. 10 times in the 2 years that he was in the relationship with her inside of it. I then asked how many times he had sex with Redacted at his residence. RYAN admitted the most recent time was the middle of March where he had sex with Redacted in his bedroom, which was identified as on the first floor. RYAN admitted the first time he had sex with Redacted at his residence would have occurred in the fall of 2023, specifically on the couch in the basement. I asked RYAN to explain where the other sexual encounters would have occurred to which he replied, "at the school." I clarified asking him where specifically and he acknowledged in that track closet. At that time, I then showed him the photographs I took of the track closet which he identified as being accurate and the closet in fact he was speaking about. RYAN specifically identified as closet inside of the larger closet where he would have sex with her.

I asked him to explain how the relationship with Redacted began in the summer of 2023. RYAN described always having a connection with Redacted He stated, "we got each other and knew more about each other than anyone else." RYAN stated he initially met Redacted through school and coaching track and did not know her or her family prior to. I asked RYAN to explain when the first time he had sex with Redacted was which he replied in the summer of 2023 towards the end in the track closet of the school. RYAN denied having sex anywhere else in the school other than the track closet with Redacted

Reports_000127

RYAN admitted he did not use any other social media platforms other than SNAPCHAT to communicate with [Redacted] and send/receive nude images of her and himself. I asked RYAN what his account name was, and he stated, "I have no clue" and [Redacted] was identified as the only person he had on SNAPCHAT. RYAN then admitted that "[Redacted] was just 1,000 a million percent a mistake." RYAN was not able to provide an explanation as to why he was speaking and sending images to [Redacted]. RYAN admitted he was in fact in a relationship with [Redacted] and would not call the interaction and communication he had with [Redacted] similar. RYAN explained he would utilize text messages and SNAPCHAT to communicate with [Redacted] to arrange for sexual intercourse to occur at specific locations which he would choose.

RYAN was never made aware of [Redacted] speaking about their contact with each other to anyone including her family. I asked him to explain her family how he understood it. He admitted knowing her mom and dad are divorced and that her dad never sees her. He admitted knowing she lives with her mom and described their relationship as a normal mother daughter teenager relationship. RYAN admitted he believed everyone knew that they were close as they were always around each other in the school and in the track and field setting. He described [Redacted] would come to his classroom on a regular basis during school hours and would regularly be with him after school hours during track practice or workouts. RYAN also admitted to running the weight room where some of those workouts would take place along with being the cross-country coach.

I asked RYAN to explain any other locations that he would have sex with [Redacted] RYAN admitted to having sex with her in a hotel in 2024, in June specifically, when they were in LaCrosse for state track meet. He also identified for the state cross country meet in the end of October of 2024, which was held in Wisconsin Rapids, however, the hotel he stayed at with her was approx. 40 minutes north of Wisconsin Rapids. RYAN also identified having sex with her in his truck at a park located somewhere on the northern part of the county near Lake Michigan. Based on his description I believe that it is consistent with Two Creeks Park located at 17091 Lakeshore Rd.

I asked RYAN specifically about any cellphone recordings or photos of them having sex. RYAN admitted that there would be videos of such which he took himself, two of which him and [Redacted] having sex in the school basement track closet and one filmed by him of them having sex in his truck.

I then asked him to identify other locations where he would have sex with her in the truck, however, he was not able to remember them. I asked him to explain if there were any other individuals that knew about their relationship which he said he was not aware of anyone. He then identified [Redacted] brother and sister would make fun of her because of the time they would spend together and make comments about having "his dick in her mouth" but he was not aware of the context and only learned that information through [Redacted] specifically. He also admitted that based on conversations with [Redacted] he learned that she was at a funeral of which her great-uncle passed away today.

Reports_000128

RYAN agreed and identified that [Redacted] currently was 16 years old and that their relationship, which was sexual in nature, began when she was approx. 14 years old and continued throughout that 2-year time frame. RYAN denied having any other sexual contact or conversations with any other students, other than [Redacted] RYAN denied having any type of personal property or clothing of [Redacted] at his residence and stated we would not find anything there other than if we wanted to take photos at his residence.

I asked RYAN about any type of contraceptive use which he admitted to using condoms, however, knew that [Redacted] was not on birth control, however, she was tracking her cycles. RYAN denied any type of STIs ever being developed through the two years he was in a sexual relationship with [Redacted]

RYAN admitted all of the sexual encounters would generally occur after school hours and usually after track practice in the evening hours. RYAN denied ever being caught by anyone during any one of these encounters, having sex with [Redacted], however, he admitted he was very aware and concerned about being identified by people when they were having sex, specifically in his truck and at the school. RYAN admitted that he knew it was wrong, however, he "generally loved her." RYAN admitted he was more concerned from a criminal/societal standpoint that he knew it was wrong to be in a sexual relationship with her but the relationship he had with [Redacted] was deeper than that. I asked RYAN to explain his relationship other than sexual nature of it with [Redacted] He described it was common for them to be together at practice, class, and track meets, however, denied ever taking her on any type of date or out in the community. He agreed that the relationship was solely based around his contact with [Redacted] at school or sports.

I asked him to explain why this relationship developed and where that came from. RYAN admitted he felt like "they got each other." RYAN said he had no idea why the interaction with [Redacted] even occurred as it was not anything like the relationship he had with [Redacted]. I asked RYAN if him communicating with [Redacted] was a way to show his confidence and ability to continue to get away with a second relationship as he was already with [Redacted] for two years. RYAN denied that was the case with [Redacted] as he knew it was not a similar relationship like he had with [Redacted] RYAN elaborated saying that [Redacted] has been talking to him about getting a divorce from his wife and he was contemplating it, however, explained that [Redacted] was pushing that issue, which caused them to have some type of contentious relationship in the last week or two and that may have been a reason where he communicated with [Redacted] out of "spite." RYAN then admitted to needing some type of help because of all of this.

I then asked him to explain his family history and upbringing. He denied having any type of sexual trauma or crimes committed against him based on his knowledge. RYAN denied having any type of domestic abuse between his parents or family that he was aware of as he was growing up as a child. RYAN admitted that he is originally from Byron, IL which was near Rockford and that is where he grew up. I asked him if there are any other potential victims in other school districts that he previously worked at which he denied.

Reports_000129

I confirmed his name and demographic information as RYAN SCOTT SCHROEDER, male, white, DOB 04/20/1988, phone number 920-323-4849, address 412 Birchwood Dr, Francis Creek, WI.

I asked RYAN if he was under the influence of any type of alcohol or drugs at this time and he denied stating he is not sure when the last time he would have drank alcohol and did not use any illegal or prescription drugs.

I asked RYAN what he thinks should happen because of this investigation which he replied, "I have no idea." I advised that if he was willing to he could write an apology letter and address it to anyone that he wished as there were obviously numerous victims and fall out to include the families of [Redacted] and [Redacted] along with his own family. He agreed and wrote out a letter of apology which is attached to this report.

While he was writing a letter, I began completing a Probable Cause Affidavit. I also reviewed the content of RYAN'S cellphone and observed approx. 62 files of [Redacted] that were sexually explicit. The photos and videos observed began in August of 2023 and ended in April of 2025 which is consistent with his statements. Specifically looking through the recently deleted folder identified by RYAN, an additional 18 sexually explicit images of [Redacted] were located. Lt. Oswald completed a further examination of each of the videos and photos, see his report for those details. RYAN also admitted to using INSTAGRAM to send approximately 10 images of his penis to [Redacted] and also receiving approx. 10 images of [Redacted] nude body to include images of her breasts. He also identified having conversations with [Redacted] that were sexual in nature and attempted to arrange sexual contact with her through INSTAGRAM. As a result of this investigation, I also confirmed that he was a teacher at MISHICOT HIGH SCHOOL, specifically hired on August 18, 2020 and has been there since. Based on the files located in RYAN'S SNAPCHAT account, I do believe they met the definition of child pornography under the WI State Stats.

Once the Affidavit was completed, RYAN SCHROEDER was booked into MTSO Jail under the following charges, 2nd Degree Sexual Assault of a Child, violation of State Stat. 948.02(2), Repeated Acts of Sexual Assault of the Same Child, violation of State Stat. 948.025(1)(a), Sexual Assault of a Child by School Staff, violation of State Stat. 948.095(2), 10 counts of Possession of Child Pornography, violation of State Stat. 948.12(1M), and Child Enticement, violation of State Stat. 948.07(1).

Prior to transporting RYAN to MTSO Jail, I went over the Consent to Search Electronic Media Form, specifically identifying his cellphone with him. RYAN agreed and provided me consent to search his phone and signed the Consent to Search Form which is attached to this report. RYAN also signed the Miranda Warning Form acknowledging that I did read his Miranda Rights to him, also attached to this report.

Reports_000130

RYAN continued asking me if we would be speaking with [Redacted] and other individuals and I advised we would be as it is a necessary part of our investigation. RYAN was also concerned about being able to see his kids again and generally inquired about what the next steps were as it related to this investigation. I advised that he would be booked into jail and at some point I believe would have a bail hearing where he would be given either cash or recognizance bail. I did not elaborate on any other legal information other than what the next criminal proceedings would be for him. RYAN inquired if it would help his case at all if [Redacted] admitted consistent information about their relationship together if that would play into any type of consideration for the overall investigation. I advised that it was ultimately at the discretion of the attorneys along with the judge that would be overseeing this matter. RYAN acknowledged that he was aware [Redacted] was not of legal consent age or able to give legal consent to have sexual intercourse with him.

Once RYAN completed writing his apology letter, he provided it to me. It should also be noted that throughout the entire contact I had at MTSO with RYAN during the interview he was provided with numerous bathroom breaks and water.

RYAN elaborated saying that he knew based on conversations with [Redacted] that she did not want anyone to find out about their relationship together and that is when she made comments about "killing herself if that happened" to him. He believed that she would do that based on the conversations because she was involved in this relationship and then she would have to show her face in the school again. She specifically mentioned about taking her stepdad's medication, however, he did not elaborate which medication that would be. RYAN acknowledged that [Redacted] was in the classroom when the superintendent came and removed him from it. RYAN stated that he did not want [Redacted] to do anything dumb and harm herself at which time I advised that I would look into that aspect of it as well and make sure that she is safe.

RYAN then asked me what the legal consenting age was and stated that it was 19 or 20 at which time I said it was 18 legally. RYAN then elaborated saying that because he is a teacher and she was a student, he believed there were additional policies they had that he was not able to have any type of sexual relationship with a student that he previously taught until they were 19 or 20. I asked RYAN to explain how this relationship would have played out had we not intervened. RYAN said he was not 100% sure but was considering divorcing his wife and he and [Redacted] communicated in the past about her going to college locating at NWTC or Bellin and they would continue their relationship from that point on. I acknowledged that [Redacted] was only 16 and had additional high school years left as she was only a sophomore which he acknowledged and said that he believed she was able to understand and think about the logistics of that actually occurring. RYAN admitted he was not sure if that would actually happen or not but was considering that as an option in the future. RYAN admitted [Redacted] told him that no matter what she was not going to leave and RYAN acknowledged that he felt the same way about her and allowed her to say and do whatever she wanted to him, and he would still be there for her. He acknowledged that their relationship was a deeper connection, and he could give her a look and they would both know what each other were thinking. He was in love with her, and it was more than just sexual with [Redacted] RYAN admitted he did believe their relationship would work even after she was completed with school.

Reports_000131

During the interview with RYAN, I stepped out and spoke with Det. Brooks who was completing the CAC with [Redacted] He learned during that interview SCHROEDER and [Redacted] were arranging to meet up and he wanted to get a blow job from her. [Redacted] also identified staying after class from homeroom specifically and RYAN wanted to grab her butt.

I specifically asked RYAN about that he said it could have happened however he did not specifically remember. I asked him about the messaging between him and [Redacted] arranging to pick her up during spring break and have sexual contact with her which he admitted to having however did not follow through on actually picking her up or getting a blow job from her.

The interview was then concluded, and RYAN was turned over to correctional staff at MTSO Jail. NJSteber / jls

**04/18/25:** I, Det. Steber, completed Search Warrant for RYAN'S SNAPCHAT account "kimm.ze", RYAN'S INSTAGRAM account "emma7853268", the INSTAGRAM account for [Redacted] [Redacted] and SNAPCHAT account for [Redacted] as [Redacted] All of those Search Warrants were reviewed and signed by Judge Rohr.

The Search Warrant for SNAPCHAT was provided to Lt. Oswald who served them to SNAPCHAT via their law enforcement portal, see his report for those details. I completed submissions of the INSTAGRAM Search Warrants via the Facebook law enforcement portal. Additions to this report will be completed once all of the information is obtained from those Warrants.

**04/21/25:** I, Det. Steber, returned those Search Warrants to the Clerk of Courts office and received time stamped copies which are attached to this report. The copies of the Search Warrants are attached to this report as well.

I also met with SARA VANDRIEL, [Redacted] mother who provided me consent to search [Redacted] cellphone which was ultimately purchased and on her cellphone plan. It should be noted that [Redacted] previously provided the passcode to her phone as [Redacted] and the passcode to the My Eyes Only Tab of SNAPCHAT as [Redacted] as she could not specifically remember. That information was ultimately logged in the consent form and provided to Det. Lecher at MTPD.

All of the electronic devices including RYAN'S cellphone, [Redacted] cellphone, and [Redacted] cellphone were brought to MTPD and turned over to Det. Lecher for forensic examination and extraction. I also provided Det. Lecher with a copy of the Search Warrant that I was able to obtain that was ultimately signed by Judge Lambrecht for RYAN'S cellphone extraction. That Search Warrant was also attached to this report.

Reports_000132

Investigation is pending.  NJSteber / jls

**04/22/25:** I, Det. Steber, reviewed the report completed by Det. Brooks from Mishicot PD.  This specifically entailed the interview completed with ███Redacted███ at the CAC on April 16, 2025.  The following will be a charging summary based off of the disclosures made during that interview, for full details see Det. Brooks' report and video recording.

RYAN S. SCHROEDER will be charged with the following offense: Cause Child to View Sexual Activity, violation of State Stat. 948.055(B)(1), Child Enticement, violation of State Stat. 948.07(3), Use of a Computer to Facilitate Child Sex, violation of State Stat. 948.075(1R), Sexual Misconduct by School Staff of a Child, violation of State Stat. 948.098(1)(D), 2nd Degree Sexual Assault of Child, violation of State Stat. 948.02(2), Causing Mental Harm to a Child, violation of State Stat. 948.04(1), Possession of Child Pornography, violation of State Stat. 948.12(1m)(C).

Those charges and this report will be sent over to DA's office.  The charges are specifically related to the investigation and the victim identified as ███Redacted███ NJSteber / jls

Reports_000133