UNITED STATES OF AMERICA,

                             Plaintiff,

     v.                                      Case No. 25-CR-103

RYAN S SCHROEDER,

                             Defendant.

## IN THE MATTER OF THE APPLICATION AND ORDER FOR A WRIT OF HABEAS CORPUS FOR PROSECUTION

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this Court for a writ to secure the appearance of the following defendant, who is believed to be confined at the Manitowoc County Jail, for the following judicial proceeding:

Defendant:    RYAN S SCHROEDER, DOB: xx/xx/1988
Proceeding:   Evidentiary Hearing
Date/Time:   10/7/2025, at 2:00pm
Before:       United States District Judge Byron B. Conway
               125 S. Jefferson Street, Room 201
               Green Bay, Wisconsin

Respectfully submitted this 25th day of September, 2025.

                           RICHARD G. FROHLING
                           Acting United States Attorney

                           *s/ Daniel R. Humble*_____
                           DANIEL R. HUMBLE
                           Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of Habeas Corpus for Prosecution as requested:

Dated at Green Bay, Wisconsin, this 25th day of September, 2025.

                           s/ Tiffany E. Woelfel
                           HON. TIFFANY E. WOELFEL
                           United States Magistrate Judge