UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                    Case No. 25-CR-103

RYAN S SCHROEDER,

Defendant.

---

## WRIT OF HABEAS CORPUS FOR PROSECUTION

---

To:    **WARDEN OR SUPERINTENDENT, MANITOWOC COUNTY JAIL OR ANY OTHER PERSON HAVING CUSTODY OF THE DEFENDANT, THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF WISCONSIN, AND ANY UNITED STATES MARSHAL OF ANY DISTRICT WHEREIN THE DEFENDANT MAY BE IN CUSTODY**.

It is HEREBY ORDERED that you have Ryan S Schroeder, DOB: xx/xx/1988 now detained at the Manitowoc County Jail, produced under safe and secure conduct, to the Honorable Byron B. Conway, United States Courthouse, 125 S. Jefferson Street, Room 201, Green Bay, Wisconsin, commencing on 10/7/2025 at 2:00pm for the purpose of an Evidentiary Hearing.

It is FURTHER ORDERED that at the completion of said proceedings, you return the prisoner to said institution promptly, or within any other specific timeframe set by the United States District Court for the Eastern District of Wisconsin, under safe and secure conduct.

WITNESS, The Honorable Tiffany E. Woelfel, United States Magistrate Judge for the Eastern District of Wisconsin, at Green Bay, in the State and Eastern District of Wisconsin, on this 25th day of September, 2025.

LINDA M. KLEMM
Clerk of Court

BY:

s/ Kyle W. Frederickson
Deputy Clerk