

**United States Department of Justice**

*United States Attorney*
 *Eastern District of Wisconsin*

*205 Doty Street, Suite 302, Green Bay, WI*
*(920) 884-1066*

September 26, 2025

The Honorable Byron B. Conway
District Court Judge
125 Jefferson Street
Green Bay, WI 54301

Re:  United States v. Ryan S. Schroeder
     Case No. 25-CR-103

Dear Judge Conway,

With regard to the upcoming motion hearing on October 7, 2025, at 1:30 p.m., the government believes it will be most efficient to provide the Court with a copy of the relevant audio and video of the defendant's statements which will be the main focus of the hearing. Attorney Luczak was contacted and does not object to the government providing the audio and video ahead of the hearing and, in fact, offered to do the same in a footnote to his motion. Accordingly, a flash drive containing the relevant media will be delivered to your chambers should you wish to review them prior to the hearing.

Sincerely,

RICHARD G. FROHLING
Acting United States Attorney

By:

*s/ Daniel R. Humble*
Daniel R. Humble
Assistant United States Attorney
Wisconsin Bar Number: 1035970
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin
205 Doty Street, Suite 301
Green Bay, Wisconsin    54301
Telephone: (920) 884-1066
E-Mail: Daniel.Humble@usdoj.gov