UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                              Plaintiff,

                    v.                                        Case No. 25-CR-103

RYAN S SCHROEDER,

                              Defendant.

---

**IN THE MATTER OF THE APPLICATION AND ORDER FOR
A WRIT OF HABEAS CORPUS FOR PROSECUTION**

---

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this

Court for a writ to secure the appearance of the following defendant, who is believed to be confined

at the Manitowoc County Jail, for the following judicial proceeding:

Defendant:    RYAN S SCHROEDER, DOB: xx/xx/1988
Proceeding:   Evidentiary Hearing
Date/Time:    10/20/2025, at 1:30pm
Before:       United States District Judge Byron B. Conway
              125 S. Jefferson Street, Room 201
              Green Bay, Wisconsin

Respectfully submitted this 7th day of October, 2025.

                              RICHARD G. FROHLING
                              Acting United States Attorney


                              *s/ Daniel R. Humble*_____
                              DANIEL R. HUMBLE
                              Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of

Habeas Corpus for Prosecution as requested:

Dated at Green Bay, Wisconsin, this 7th day of October, 2025.


                              _____
                              HON. TIFFANY E. WOELFEL
                              United States Magistrate Judge