# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA

**v.**                                          EVIDENTIARY HEARING

**RYAN S. SCHROEDER**                    Case No. 25-CR-103

| | |
|---|---|
| HONORABLE BYRON B. CONWAY, presiding | Time Called: 1:37 p.m. |
| Proceeding Held: October 20, 2025 | Time Concluded: 4:14 p.m. |
| Deputy Clerk: Kyle | Tape: 102025 |
| Court Reporter: Tom Malkiewicz | |

**<u>Appearances:</u>**

UNITED STATES OF AMERICA by:          Daniel Humble, Timothy Funnell

RYAN S. SCHROEDER by:                      Jason Luczak

☒ Defendant appears in person.

This matter was set on the court's calendar in response to Defendant's Motion to Suppress Statements and Evidence (Dkt. No. 11) and based on the parties' agreement that factual disputes exist which necessitate an evidentiary hearing to resolve.

Mr. Humble addresses housekeeping matters with respect to exhibits. The parties have agreed to Government Exhibits 1-17, which includes the videos that were previously submitted to the court.

Mr. Funnell notes the difference between Exhibits 12 and 12A and suggests 12A be admitted instead; no objection from Mr. Luczak.

Mr. Luczak advises that the parties have agreed to brief the matter.

Mr. Luczak further advises that Defendant has three exhibits (the search warrants), but this was not discussed with the government prior to the hearing; no objection from the government to the exhibits being received.

1:45 p.m. – **<u>James Brooks</u>** called as a witness; witness sworn; direct examination by Mr. Funnell.
2:25 p.m. – cross examination by Mr. Luczak.
2:46 p.m. – redirect examination by Mr. Funnell.
2:47 p.m. – witness excused.

2:48 p.m. – **<u>Cory Erlandson</u>** called as a witness; witness sworn; direct examination by Mr. Funnell.
2:52 p.m. – cross examination by Mr. Luczak.
2:57 p.m. – witness excused, court recesses.

3:04 p.m. – court resumes.
3:05p.m. – **<u>Nate Steber</u>** called as a witness; witness sworn; direct examination by Mr. Humble.

3:41 p.m. – cross examination by Mr. Luczak.
4:07 p.m. – the court examines Mr. Steber.
4:08 p.m. – witness excused.

The court advises Mr. Schroeder of his right to testify and confirms his decision to remain silent.

The court questions how the parties would like to proceed following the hearing.

Mr. Humble suggests simultaneous briefing with the deadlines being set based on receipt of the transcript.

The court sets the following deadlines:
Transcript to be completed in 10 days;
Briefs due 21 days from receipt of the transcript;
Responses, if any, must be limited to 4 pages and are due 14 days thereafter.

**\*\* off the record \*\***

**After the hearing adjourned, the court addressed with counsel how the names of the victims should be reflected in the transcript.**

**The parties agreed on the court reporter using the victims' initials.**