# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Case No. 25-CR-103 |
| | ) | |
| RYAN S. SCHROEDER | ) | |
| | ) | |
| *Defendant.* | ) | |

## EXHIBITS RECEIVED BY CLERK OF COURT'S OFFICE

The undersigned hereby acknowledges receipt of exhibits entered as evidence in the above-captioned case on behalf of Plaintiff and Defendant.

An itemization of the exhibits submitted is attached to this document.

Dated:  October 20, 2025                    LINDA M. KLEMM
                                            CLERK OF COURT

                                            s/ Kyle W. Frederickson
                                            Deputy Clerk