# EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| USA v. RYAN S. SCHROEDER | | | | UNITED STATES DISTRICT COURT Eastern District of Wisconsin-Green Bay | |
| COUNSEL FOR PLAINTIFF Daniel Humble, Timothy Funnell | | COUNSEL FOR DEFENDANT Jason Luczak | | DOCKET NUMBER 25-CR-103 | |
| | | | | PROCEEDING: EVIDENTIARY HEARING DATE HELD: October 20, 2025 | |
| PRESIDING JUDGE BYRON B. CONWAY | | TAPE NUMBER 102025 | | COURTROOM DEPUTY Kyle | |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 1 | | 10/20/25 | 10/20/25 | Ryan Schroeder interview audio file |
| | 2 | | 10/20/25 | 10/20/25 | Ryan Schroeder interview audio file continued |
| | 3 | | 10/20/25 | 10/20/25 | Ryan Schroeder interview video file |
| | 4 | | 10/20/25 | 10/20/25 | Ryan Schroeder interview video file continued |
| | 5 | | 10/20/25 | 10/20/25 | Ryan Schroeder interview video file continued |
| | 6 | | 10/20/25 | 10/20/25 | Detective Brooks body cam video file |
| | 7 | | 10/20/25 | 10/20/25 | Detective Brooks body cam video file |
| | 8 | | 10/20/25 | 10/20/25 | Detective Brooks body cam video file |
| | 9 | | 10/20/25 | 10/20/25 | Ryan Schroeder Miranda waiver |
| | 10 | | 10/20/25 | 10/20/25 | Ryan Schroeder consent to search phone |
| | 11 | | 10/20/25 | 10/20/25 | Ryan Schroeder statement |
| | 12A | | 10/20/25 | 10/20/25 | 2 pages of Detective Brooks report with redactions |
| | 13 | | 10/20/25 | 10/20/25 | Detective Steber report |
| | 14 | | 10/20/25 | 10/20/25 | Conference room photos |
| | 15 | | 10/20/25 | 10/20/25 | Ryan Schroeder phone photo |
| | 16 | | 10/20/25 | 10/20/25 | Ryan Schroeder phone photo |

| | | | | | |
|---|---|---|---|---|---|
| | 17 | | 10/20/25 | 10/20/25 | Ryan Schroeder phone photo |
| | | 101 | 10/20/25 | 10/20/25 | Search Warrant re: iPhone |
| | | 102 | 10/20/25 | 10/20/25 | Search Warrant re: residence |
| | | 103 | 10/20/25 | 10/20/25 | Search Warrant re: Meta Platforms |

USA v. RYAN S. SCHROEDER

UNITED STATES DISTRICT COURT
Eastern District of Wisconsin-Green Bay