UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        *Plaintiff,*

        *v.*                              Case No. 25-cr-103

RYAN SCHROEDER,

        *Defendant.*

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO FILE POST-EVIDENTIARY HEARING BRIEFS

Defendant Ryan William Schroeder, by his counsel Jason D. Luczak of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court, the Honorable Byron B. Conway presiding, for modification of the order entered on October 20, 2025, to file briefs following the extending the deadline to file post-evidentiary briefs for both Mr. Schroeder and the government to <u>Thursday, November 20, 2025</u>.

An indictment charging Mr. Schroeder with two counts of Production of Child Pornography, contrary to 18 U.S.C. §2251(a), was issued in the captioned matter on May 20, 2025. (Doc. 1). The Court made a speedy trial finding and designated the case as complex at an arraignment hearing held on May 27, 2025. (Doc. 4). Following an evidentiary hearing held on October 20, 2025, this court ordered a transcript of the proceedings to be prepared within 10 days, and briefs to be submitted within 21 of the

1

transcript's completion. The current deadline for filiing simultaneous briefs is Friday, November 14, 2025.

Undersigned counsel is currently in a jury trial in the Eastern District of Wisconsin, Milwaukee Division, that is expected to last through the end of next week. As such, undersigned counsel is respectfully requesting a short extension of the deadline to Thursday, November 20, 2025. Undersigned counsel has conferred with Assistant United States Attorney Humble regarding this request, and he has indicated that the government has no objection as long as the deadline is extended for both parties.

Undersigned counsel believes there is good cause to grant this motion for modification of the scheduling order. As such, Mr. Schroeder respectfully requests a six-day extension of the briefing deadline to reflect that briefs following the evidentiary hearing on Mr. Schroeder's motion to suppress are due on Thursday, November 20, 2025, and any response brief due on or before December 4, 2025.

Dated this 14th day of November, 2025.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: *Electronically signed by Jason D. Luczak*
    JASON D. LUCZAK
    State Bar No. 1070883
    Email:  jluczak@grgblaw.com
Attorney for Defendant


POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202

2

Telephone:  414/271-1440

3