UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    *Plaintiff,*

  *v.*           Case No. 25-cr-103

RYAN SCHROEDER,

    *Defendant.*

---

## DEFENDANT'S UNOPPOSED MOTION TO ADJOURN JURY TRIAL

---

Defendant Ryan William Schroeder, by his counsel Jason D. Luczak of Gimbel, Reilly, Guerin & Brown LLP, hereby moves the Court, the Honorable Byron B. Conway presiding, for an adjournment of the jury trial scheduled to begin on March 23, 2026. The Government does not object to this motion.

An indictment charging Mr. Schroeder with two counts of Production of Child Pornography, contrary to 18 U.S.C. §2251(a), was issued in the captioned matter on May 20, 2025. (Doc. 1). The Court made a speedy trial finding and designated the case as complex at an arraignment hearing held on May 27, 2025. (Doc. 4). Jury trial is currently scheduled to commence on March 23, 2026. (Dkt. 25).

The parties are currently in negotiations regarding a possible global resolution of Mr. Schroeder's state and federal matters. The Government has discussed this proposal with the victims and their families and will forward the proposed agreement to

1

undersigned counsel for Mr. Schroeder's consideration upon receipt of their final input. More time is necessary to complete this proves beyond the currently scheduled trial date.

Undersigned counsel believes there is good cause to grant this motion for adjournment of the jury trial as currently scheduled. As such, Mr. Schroeder respectfully requests that the jury trial scheduled to begin on March 23, 2026, be removed from the court's calendar and rescheduled to a later date.

Dated this 2nd day of February, 2026.

Respectfully submitted,

GIMBEL, REILLY, GUERIN & BROWN LLP

By: _Electronically signed by Jason D. Luczak_
    JASON D. LUCZAK
    State Bar No. 1070883
    Email:  jluczak@grgblaw.com
Attorney for Defendant


POST OFFICE ADDRESS:

330 East Kilbourn Avenue, Suite 1170
Milwaukee, Wisconsin 53202
Telephone:  414/271-1440