UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.                                                                 Case No. 25-CR-103

RYAN S SCHROEDER,

Defendant.

**IN THE MATTER OF THE APPLICATION AND ORDER FOR
A WRIT OF HABEAS CORPUS FOR PROSECUTION**

The United States Attorney for the Eastern District of Wisconsin respectfully petitions this

Court for a writ to secure the appearance of the following defendant, who is believed to be confined

at the Manitowoc County Jail, for the following judicial proceeding:

Defendant:     RYAN S SCHROEDER, DOB: xx/xx/1988
Proceeding:    Final Pretrial Conference
Date/Time:     March 4, 2026, at 1:30pm
Before:        United States District Judge Byron B. Conway
               125 S. Jefferson Street, Room 201
               Green Bay, Wisconsin

Respectfully submitted this 25th day of February, 2026.

BRAD D. SCHIMEL
United States Attorney


*s/ Daniel R. Humble*_____
DANIEL R. HUMBLE
Assistant United States Attorney

Upon the foregoing petition, **IT IS HEREBY ORDERED** that the Clerk issue a Writ of

Habeas Corpus for Prosecution as requested:

Dated at Green Bay, Wisconsin, this 25th day of February, 2026.

_____
HONORABLE TIFFANY E. WOELFEL
United States Magistrate Judge