

**MANITOWOC COUNTY DISTRICT ATTORNEY**

Manitowoc County Courthouse, Room 325
1010 South Eighth Street
Manitowoc, Wisconsin 54220-5398
Telephone: 920.683.4070
Victim/Witness Program: 920.683.4074

| ASSISTANT DISTRICT ATTORNEY | DISTRICT ATTORNEY | VICTIM/WITNESS PROGRAM |
|---|---|---|
| Gail A. Prost | Jacalyn C. LaBre | COORDINATOR |
| Jill L. Vendetti | | Jodie Rezba |
| Jordan Feest | | |
| Marconi De Franca Barros | | |
| Angelina R. Scarpelli | | |
| Seth J. Reinhard | | |

January 13, 2026

David J. Pawlowski
West & Dunn, LLC
PO Box 37
Waunakee, WI 53597

Re: State vs. Ryan S Schroeder
    Case No: 2025CF000250

Dear Attorney David J. Pawlowski and Attorney Luczak:

The State makes the following offer in an effort to resolve the case:

Defendant to plea in Federal plea agreement and Defendant to plead to Count 1 in the above noted matter with Counts 2 – 19 to be dismissed and read-in.

The parties agree to a joint sentence recommendation of 15 years IC followed by 15 years ES with conditions to include COMPAS, psychosexual eval and follow recs., no contact with anyone under 18 unless approved by agent, no possession/use of internet enable devices unless approved by agent, no contact with Vs, restitution (I currently have statements form CVCA of $1550 but there may be more restitution owed), and any other standard conditions. This sentence shall run concurrent with Federal Case No. 25-CR-103.

All offers are subject to compliance with Wisconsin Victim/Witness Rights requirements.

The State reserves the right to modify or withdraw any offer based on compliance with Victim/Witness Rights requirements.

This offer is subject to change or may be withdrawn if additional information comes to the attention of the State prior to entry of a plea or if the defendant engages in further criminal conduct.

Sincerely,

Angelina Scarpelli
Asst. District Attorney